UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:19-CR-14-REW

UNITED STATES OF AMERICA,                                    PLAINTIFF,

VS.

JOHN CURTIS MAYNARD,                                         DEFENDANT.

## MOTION FOR REARRAIGNMENT

Comes now the Hon. Richard A. Hughes, counsel for the Defendant John Curtis Maynard, by and through counsel, and respectfully requests the court set the above styled matter for rearraignment.

Wherefore, the Defendant would respectfully request the court set the above styled matter for rearraignment at the earliest convenience of the court.

RESPECTFULLY SUBMITTED,

/s/ HON. RICHARD A. HUGHES
HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KY. 41105
(606) 325-3399

## NOTICE

All parties please take notice the foregoing motion shall be brought before this honorable court at it's earliest convenience.

## CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Sam Dotson
260 W. Vine Street
#300
Lexington, Ky. 40507-1612

This the 9th day of August, 2019.

/s/ HON. RICHARD A. HUGHES
HON. RICHARD A. HUGHES